(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Devine, Frank T.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-1000** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**20 Century Dr.**<br>**Oswego, IL 60543-8930** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Kendall** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7  ■ Chapter 11  ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)           THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/03)   **FORM B1**, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Devine, Frank T.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Frank T. Devine**
Signature of Debtor **Frank T. Devine**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 27, 2005**
Date

**Signature of Attorney**

X   **/s/ G. Alexander McTavish**
Signature of Attorney for Debtor(s)
   **G. Alexander McTavish**
Printed Name of Attorney for Debtor(s)
   **Myler, Ruddy & McTavish**
Firm Name
   **111 W. Downer Place**
   **Suite 400**
   **Aurora, IL 60506**
Address          **Email: amctavish@mrmlaw.com**
   **630-897-8475  Fax: 630-897-8076**
Telephone Number
   **January 27, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ G. Alexander McTavish**          **January 27, 2005**
Signature of Attorney for Debtor(s)          Date
   **G. Alexander McTavish**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Frank T. Devine**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | Credit card purchases | | 38,237.94 |
| American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | Credit card purchases | | 10,890.61 |
| American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | Credit card purchases | | 374.86 |
| Bank of America<br>C/O Penncro Associates, Inc.<br>95 James Way, Suite 113<br>Southampton, PA 18966-3847 | Bank of America<br>C/O Penncro Associates, Inc.<br>95 James Way, Suite 113<br>Southampton, PA 18966-3847 | Credit card purchases | | 9,952.37 |
| Boca Raton Resort Club<br>P.O. Box 404655<br>Atlanta, GA 30384-4655 | Boca Raton Resort Club<br>P.O. Box 404655<br>Atlanta, GA 30384-4655 | | | 6,893.82 |
| Capital One<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Capital One<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Credit card purchases | | 5,352.04 |
| Chrysler Financial<br>P.O Box 9223<br>Farmington, MI 48333-9223 | Chrysler Financial<br>P.O Box 9223<br>Farmington, MI 48333-9223 | 2003 Jeep Cherokee Lease | | 1,890.45 |
| Countryside Veterinary Clinic<br>C/O Frank R. Montgomery<br>P.O. Box 69<br>Bloomingdale, IL 60108 | Countryside Veterinary Clinic<br>C/O Frank R. Montgomery<br>P.O. Box 69<br>Bloomingdale, IL 60108 | Veterinary Services | | 2,476.62 |
| First Bank Card<br>Attn: Rebecca Onderstal/Collections<br>P.O. Box 3331<br>Omaha, NE 68103-0331 | First Bank Card<br>Attn: Rebecca Onderstal/Collections<br>P.O. Box 3331<br>Omaha, NE 68103-0331 | Credit card purchases | | 15,074.77 |
| First Chicago<br>C/O Genesis Financial Solutions<br>P.O. Box 4865<br>Beaverton, OR 97076-4865 | First Chicago<br>C/O Genesis Financial Solutions<br>P.O. Box 4865<br>Beaverton, OR 97076-4865 | Credit card purchases | | 1,918.16 |

In re **Frank T. Devine**                                   Case No. _____
                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GMAC<br>PO Box 217060<br>Auburn Hills, MI 48321 | GMAC<br>PO Box 217060<br>Auburn Hills, MI 48321 | 2004 Cadillac DVS Lease | | 973.50 |
| Handler, Thayer & Duggan, LLC<br>191 North Wacker Drive<br>23rd Floor<br>Chicago, IL 60606-1633 | Handler, Thayer & Duggan, LLC<br>191 North Wacker Drive<br>23rd Floor<br>Chicago, IL 60606-1633 | Professional Services Rendered | | 7,994.30 |
| Harris Bank Aurora N.A.<br>2412 Indian Trail Rd.<br>Aurora, IL 60506 | Harris Bank Aurora N.A.<br>2412 Indian Trail Rd.<br>Aurora, IL 60506 | Overdrawn Checking Account | | 4,576.77 |
| Infinite Video Productions<br>1880 E. Fabyan Parkway<br>Batavia, IL 60510 | Infinite Video Productions<br>1880 E. Fabyan Parkway<br>Batavia, IL 60510 | Digital Editing | | 2,130.00 |
| MBNA Platinum Plus<br>PO Box 15026<br>Wilmington, DE 19850-5026 | MBNA Platinum Plus<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Credit card purchases | | 33,010.22 |
| Mercedes-Benz Credit<br>Attn: Lisa Schlichtman Recov Dept<br>P.O. Box 551080<br>Jacksonville, FL 32255 | Mercedes-Benz Credit<br>Attn: Lisa Schlichtman Recov Dept<br>P.O. Box 551080<br>Jacksonville, FL 32255 | 2001 Mercedes Benz Lease (Expired) | | 1,796.23 |
| Michael C. Funkey, P.C.<br>2111 Plum Street<br>Suite 301<br>Aurora, IL 60506 | Michael C. Funkey, P.C.<br>2111 Plum Street<br>Suite 301<br>Aurora, IL 60506 | Rental Agreement | | 9,636.62 |
| Vanasco Genelly, Miller<br>Attn: David Genelly<br>33 North LaSalle St., Suite 2200<br>Chicago, IL 60602 | Vanasco Genelly, Miller<br>Attn: David Genelly<br>33 North LaSalle St., Suite 2200<br>Chicago, IL 60602 | Legal Services National Association of Security Dealers | | 3,000.00 |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date **January 27, 2005**            Signature  **/s/ Frank T. Devine**
                                                **Frank T. Devine**
                                                Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879


American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879


American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879


Bank of America
C/O Penncro Associates, Inc.
95 James Way, Suite 113
Southampton, PA 18966-3847


Boca Raton Resort Club
P.O. Box 404655
Atlanta, GA 30384-4655


Capital One
P.O. Box 85015
Richmond, VA 23285-5015


Chrysler Financial
P.O Box 9223
Farmington, MI 48333-9223


Countryside Veterinary Clinic
C/O Frank R. Montgomery
P.O. Box 69
Bloomingdale, IL 60108


First Bank Card
Attn: Rebecca Onderstal/Collections
P.O. Box 3331
Omaha, NE 68103-0331


First Chicago
C/O Genesis Financial Solutions
P.O. Box 4865
Beaverton, OR 97076-4865
```

```
GMAC
PO Box 217060
Auburn Hills, MI 48321


GMAC
PO Box 9001952
Louisville, KY 40290-1951


Handler, Thayer & Duggan, LLC
191 North Wacker Drive
23rd Floor
Chicago, IL 60606-1633


Harris Bank Aurora N.A.
2412 Indian Trail Rd.
Aurora, IL 60506


Infinite Video Productions
1880 E. Fabyan Parkway
Batavia, IL 60510


MBNA Platinum Plus
PO Box 15026
Wilmington, DE 19850-5026


Mercedes-Benz Credit
Attn: Lisa Schlichtman Recov Dept
P.O. Box 551080
Jacksonville, FL 32255


Michael C. Funkey, P.C.
2111 Plum Street
Suite 301
Aurora, IL 60506


Vanasco Genelly, Miller
Attn: David Genelly
33 North LaSalle St., Suite 2200
Chicago, IL 60602
```