**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 7 |
| | No. 05-02611 |
| FRANK T. DEVINE | |
| | Judge Pamela S. Hollis |
| Debtor. | |
| | August 24, 2010, 10:00 AM |
| | Chicago, Illinois |

## NOTICE OF HEARING

TO:   Attached service list

YOU ARE HEREBY NOTIFIED that on August 24, 2010, at 10:00 AM, we shall appear before Judge Pamela S. Hollis in the courtroom usually occupied by her, in the United States Bankruptcy Court, 219 S. Dearborn St, Chicago, IL 60604, and present the attached FIRST AND FINAL APPLICATION OF MYLER, RUDDY & MCTAVISH FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR.

s/G. Alexander McTavish

## CERTIFICATE OF SERVICE

G. Alexander McTavish, an attorney, certifies that he served this Notice and FIRST AND FINAL APPLICATION OF MYLER, RUDDY & MCTAVISH FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR in the manner set forth on the attached service list on July 23, 2010.

s/ G. Alexander McTavish

G. Alexander McTavish, ARDC #1871013
MYLER, RUDDY & MCTAVISH
105 E. Galena Blvd, Suite 800
Aurora, Illinois  60505
(630) 897-8475
(630) 897-8076 (fax)

## SERVICE LIST
## (All Interested Parties)

**VIA ECF NOTICE TO REGISTRANTS**

USTPRegion11.es.ecf@usdoj.gov
jbernstein@dresslerpeters.com
jln@riezmanberger.com
jlipinsky@comanandersom.com
bmeldrum@jenner.com
rpeterson@jenner.com
bcs@sacounsel.com
mspringer@springerbrown.com

**VIA US MAIL**

UnBo Chung
NASD Senior Regional
55 W. Monroe St., Suite 2700
Chicago, IL 60603

Alan D. Lasko & Associates, P.C.
29 S. LaSalle Street, Suite 1240
Chicago, IL 60603

Frank T. Devine
20 Century Dr.
Oswego, IL 60543-8930

All creditors on the attached service list

Label Matrix for local noticing
0752-1
Case 05-02611
Northern District of Illinois
Chicago
Fri Jul 23 13:16:50 CDT 2010

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

Albert E. Heriaud
1222 Leonard Circle
Aurora, IL 60505

American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

American Express Centurion Card
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express Optima Platinum
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express Platinum Card
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express Travel Related Services Co.
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Anastasios L. Tsakiridis
312 South Salem
Schaumburg, IL 60193-1447

Bank of America
C/O Penncro Associates, Inc.
95 James Way, Suite 113
Southampton, PA 18966-3847

Bank of America NA
POB 2278
Norfolk, VA 23501-2278

Bank of Omaha
P.O. Box 2941
Omaha, NE 68103-2941

Barbara K. McCrum
427 White Oak
Roselle, IL 60172-2511

Barry Ward
1236 West Nelson
Chicago, IL 60657-4214

Boca Raton Resort Club
P.O. Box 404655
Atlanta, GA 30384-4655

Bruce C Scalambrino
Scalambrino & Arnoff
33 N LaSalle St
Ste 1210
Chicago, IL 60602-3416

Capital One
P.O. Box 85015
Richmond, VA 23285-5015

Charles Dimitri
C/O Carol Exantus
LaSalle Street Securities
Chicago, IL 60601

Charles Wilson
7 South College
Batavia, IL 60510-2727

(p)CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

Countryside Veterinary Clinic
C/O Frank R. Montgomery
P.O. Box 69
Bloomingdale, IL 60108-0069

Craig M. Takaoka
615 West Sycamore
Vernon Hills, IL 60061-1085

Craig R. and Kathleen Eldridge
680 Prarie Avenue
Glen Ellyn, IL 60137-4057

DAIMLERCHRYSLER SERVICES NORTH AMERICA, L.L.
c/o SHERMETA & ADAMS, P.C.
P. O. BOX 80908
ROCHESTER HILLS, MI 48308-0908

DC Services NA, LLC
400 Horsham Rd
P.O. Box 600
Horsham, PA 19044-0600

DaimlerChrysler Service North America
c/o Riezman Berger PC
7700 Bonhomme,7th Fl
St Louis, MO 63105-1960

David M. Hansen
Penn Mutual Regional Director
1030 W. Higgins Rd., Suite 212
Park Ridge, IL 60068-5700

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Donald B. Backstrom
176 North Lambert
Glen Ellyn, IL 60137-5383

Dr. Donovan Parkes
17 Deep Powder Court
Woodstock, MD 21163-1110

Dr. Duckett
5339 Columbia Road, Apt. F
Columbia, MD 21044-1571

Dr. and Mrs. Suzanne Granoff
132 Buckingham Drive
Aurora, IL 60506

Ed Bonifas
1111 Church Road
Aurora, IL 60505-1905

Edwin C. Sage
10339 Deer Creek Ln
Rochelle, IL 61068-9006

Eileen P. Porter
1069 Delta
Elgin, IL 60123-6581

Exor Capital Corp
William Gray (Hlmsdfr)
2123 Hazelwood Drive
Mchenry, IL 60051-2625

Fifth Third Bank
C/O Michael A. Angileri
3 Golf Center, Suite 352
Hoffman Estates, IL 60169-4910

First Bank Card
Attn: Rebecca Onderstal/Collections
P.O. Box 3331
Omaha, NE 68103-0331

First Chicago
C/O Genesis Financial Solutions
P.O. Box 4444
Beaverton, OR 97076-4444

First Chicago
C/O Genesis Financial Solutions
P.O. Box 4865
Beaverton, OR 97076-4865

First National Bank of Omaha
1620 Dodge St
Omaha, Nebrask  68197-0002

First National Bank of Omaha
POB 2951
Omaha, Nebraska 68103-2951

GMAC
PO Box 217060
Auburn Hills, MI 48321

GMAC
PO Box 78369
Phoenix, AZ 85062-8369

GMAC
PO Box 9001952
Louisville, KY 40290-1952

Gerald Martin
445 Old Surrey Road
P.O. Box 184
Hinsdale, IL 60522-0184

Handler, Thayer & Duggan, LLC
191 North Wacker Drive
23rd Floor
Chicago, IL 60606-1638

Harris Bank
3800 Golf Rd Suite 300
Rolling Meadows, IL 60008-4005

Harris Bank Aurora N.A.
2412 Indian Trail Rd.
Aurora, IL 60506

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, IL 60664-0338

Infinite Video Productions
1880 E. Fabyan Parkway
Batavia, IL 60510-1498

Jack K Schaeffer
65503 Wildwood Dr
Aurora, IL 60506

James D. Hanford
4116 West Kling
Burbank, CA 91505-3300

James T. Bourg
2372 Waterside Drive
Aurora, IL 60502-1383

Jim and Kim Bixler
1626 Canna Lane
San Jose, CA 95124-6555

John J. Hanford
20959 82nd
Frankfort, IL 60423-9159

Jon E. Hanford
20618 Green Meadow
Frankfort, IL 60423-8730

Jose Gonzales
Vegetable Warehouse
2404 Wolcott
Chicago, IL 60606

Karlene Perry
17 Deep Powder Court
Woodstock, MD 21163-1110

Kathleen A. Mueller
218 North Water #401
Batavia, IL 60510-1998

Kathy Dixon
160 Oak Hurst Road
Matteson, IL 60443-1009

Kay C Percefull as guardian for Rip Von Perc
Seiler, Sautter, Zaden & Rimes
2850 N Andrews Ave
Witton Manors, Florida 33311-2514

Kaye Timmer
1 Jennifer Court
Marlboro, NJ 07746-1634

Kaye Percefull
LaSalle Street Securities
Chicago, IL 60601

Ken and Julie Condit
82 Oak Lane
Henry, IL 61537-1208

LaSalle St. Securities LLC
Bruce C. Scalambrino
Scalambrino & Arnoff
33 North LaSalle St, Ste 1210
Chicago, IL 60602-3416

Libia Alvarez

Linda Madigan
1017 North Wheeler
Griffith, IN 46319-1956

Lynn C Robinson
1507 Shady Lane
Schereville, IN 46375-1596

Lynn C. Robinson
1507 Shady Lane
Schererville, IN 46375-1596

MBNA Platinum Plus
PO Box 15026
Wilmington, DE 19850-5026

MBNA Platinum Plus
PO Box 15137
Wilmington, DE 19886-5137

Marcia Livingston
3700 Marlberry Lane
P.O. Box 246293
Penbrooke Pines, FL 33024-0121

Marie T. Lamont
Park Summit Nursing Home
8500 Royal Palm Blvd
Carl Springs, FL 33065-5715

Mark & Mavis Brown
1875 11th Court SW
Vero Beach, FL 32962-6947

Mark A. Hutchinson
1580 Stonehill Court
Wheaton, IL 60189-2726

Mark D. Fransen
47 West 845 Timber View Dr.
Big Rock, IL 60511

Mary Daniels
1460 Northwest 80 Avenue
Apt. 208
Margate, FL 33063-2928

Mary Limacher
23592 Windsong Apt. 44G
Aliso Viejo, CA 92656-2349

Mary Tsang (Limacher)
26 Buckingham Drive
Aurora, IL 60506

Melvin Niser
3001 Northwest 48th Street
#438
Fort Lauderdale, FL 33313-7213

Mercedes-Benz Credit
Attn: Lisa Schlichtman Recov Dept
P.O. Box 551080
Jacksonville, FL 32255-1080

Michael A. McArthur
c/o Michael C Funkey, PC
2111 Plum St, Suite 301
Aurora, IL 60506-3267

Michael C. Funkey, P.C.
2111 Plum Street
Suite 301
Aurora, IL 60506-3267

Myriam Garcia
3365 Pine Walk Drive North
Apt. 204
Margate, FL 33063-7831

Norman Wexler
26730 Leon Drive
Tower Lakes, IL 60010-1235

Pearl H. Scott
4810 Northwest 18 Court
Lauderhill, FL 33313-4124

Rev. Margaret Batease
19 R. Morton Lane
Asheville, NC 28806-7400

Richard A. Blake
12617 Lawn View Drive West
Jacksonville, FL 32223

Robert J. Helmsdorfer
623 East Elm
Wheaton, IL 60189-6567

Robert S. Karwatka
1044 South 100
Kouts, IN 46347-9711

Rogelio Pina
1933 South Norfolk
Westchester, IL 60154-4433

Ronald A. Stewart
314 Downer Place
Aurora, IL 60505-3476

Ronald Wheaton
6807 Reservation Road
Yorkville, IL 60560-9236

Russell Baker
3284 Rock Creek Road
Plano, IL 60545-1283

Sean D. Oja
5302 Maple Glen
Plainfield, IL 60586-6618

Selin, Todd R.
39W988 Margaret Mitchell
St. Charles, IL 60175-7754

Solomon Goldenberg
15011 Featherstone Way
Davie, FL 33331-2939

Steven Hanke
3907 Lorien Way
Kennesaw, GA 30152-7316

Thomas J. Cook
4485 Route 7
Oswego, IL 60543

Thomas J. Cook
c/o Peter N. Metrou
346 N. Lake Street
Aurora, Illinois 60506-4151

Ticket America Corp
Attn: Mark Kuta
223 East Ogden Ave., #B
Naperville, IL 60563-3156

Tod Selin
Oswego, IL 60543

Vanasco Genelly, Miller
Attn: David Genelly
33 North LaSalle St., Suite 2200
Chicago, IL 60602-2616

Vasile Panait
18181 NE 31st Court, Apt. 807
Aventura, FL 33160-2675

Yvonne M. Weston
11 Foothills Drive
Asheville, NC 28804-9699

Alan D Lasko

Frank T Devine
20 Century Dr.
Oswego, IL 60543-8930

G. Alexander McTavish
Myler, Ruddy & McTavish
105 E. Galena Blvd.
8th Floor
Aurora, IL 60505-3338

Thomas E Springer
Springer, Brown, Covey, Gaertner & Davis
400 South County Farm Road
Suite 330
Wheaton, IL 60187-4547

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chrysler Financial
P.O Box 2993
Milwaukee, WI 53201-2993

(d)Chrysler Financial
P.O Box 9223
Farmington, MI 48333-9223

Department of the Treasury-Internal Revenue
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114

Illinois Department of Revenue
100 W Randolph St., #7-400
Chicago, IL 60601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DaimlerChrysler Services North America L L        (u)Harris Bank Aurora NA                    (u)Jenner & Block LLP

(u)LaSalle St. Securites, LLC                       (u)Myler, Ruddy & McTavish                   (u)NASD / National Assoc of Securities Dealer

(u)Andrea Doeleteaux                                (u)Dave Sanborn                              (u)Denzil Parkes

(d)Jack K. Schaeffer                                (u)Kathleen Mueller                          End of Label Matrix
65503 Wildwood Drive                                                                             Mailable recipients    113
Aurora, IL 60506                                                                                 Bypassed recipients     11
                                                                                                Total                  124

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FRANK T. DEVINE, | ) | Case No. 05-02611 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

## COVERSHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Myler, Ruddy & McTavish |
| Authorized to provide professional services to: | Frank T. Devine, Debtor |
| Date of order authorizing employment: | February 15, 2005 |
| Period for which compensation is sought: | January 26, 2005 through March 15, 2005 |
| Amount of fees sought: | $8375.00 |
| Amount of expense reimbursement sought: | $1510.60 |
| Retainers received to be applied to fees and expenses | $3000.00 |
| Balance of fees and expenses sought after application of retainers: | $6885.60 |
| This is a: | Final Application |

If this is not the first application filed by this professional, disclose as to all prior fee applications:

| **Date Filed** | **Period Covered** | **Total Requested (Fees & Expenses)** | **Total Allowed** |
|---|---|---|---|
| | | | |

Dated: July 23, 2010

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FRANK T. DEVINE, | ) | Case No. 05-02611 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

**FIRST AND FINAL APPLICATION OF MYLER, RUDDY & MCTAVISH**
**FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS COUNSEL FOR THE DEBTOR**

Myler , Ruddy & McTavish ("**MR&M**"), respectfully submits this first and final application for allowance of final compensation and reimbursement of expenses as counsel for the debtor during the period January 26, 2005 through March 15, 2005. MR&M submits this application pursuant to section 330 of the Bankruptcy Code, and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, as an administrative expense of the Chapter 11 case.

In this application, MR&M respectfully requests the court enter an order awarding MR&M final compensation in the amount of $8375.00 for professional services rendered and $1510.60 for ordinary and necessary expenses incurred during the relevant period, authorizing MR&M to apply a $3000 retainer to these amounts, and authorizing the Chapter 7 Trustee to remit the balance to MR&M as an administrative expense of the Chapter 11 case, if and to the extent that funds are available according to the priorities established under the Bankruptcy Code.

**INTRODUCTION**

1. On January 27, 2005, (the "**Petition Date**"), the debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. In their first meeting with the debtor, MR&M was informed that the debtor was then under indictment as the perpetrator of a "Ponzi" scheme

Page 1 of 5

involving a substantial number of victims and some $2 million. The debtor's only principal assets

with which to pay his creditors were his interests in three companies that owned and operated an

MRI scanner, providing MRI medical services to the public, and several promissory notes receivable

from those companies in excess of $100,000 plus accrued interest.

2.   MR&M was further informed that the other members/shareholders of these companies had

notified the debtor of their intention to terminate his interest in the companies on January 28, 2005,

pursuant to the provisions of certain buy-sell agreements. Regardless of the effectiveness of the

agreements to actually terminate the debtor's interest, by filing the Chapter 11 on an emergency

basis on January 27, 2005, MR&M sought to prevent the potential loss of the debtor's only

substantial assets while at the same time submitting the debtor and his assets to the supervision and

control of the Bankruptcy Court for the benefit of the debtor's creditors.

3.   On February 15, 2005, the court entered an order authorizing the debtor to employ MR&M

and its members as his attorneys in this bankruptcy case. At the time the case was filed on an

emergency basis, the debtor had not paid anything to MR&M as a retainer or otherwise. In early

February, the debtor paid MR&M the sum of $3000 as a retainer in the case, which was disclosed in

MR&M's application for employment.

4.   The life of the case as a Chapter 11 with the debtor as a debtor in possession was short lived.

Because of the criminal proceedings pending against the debtor, pursuant to the motion of the

United States Trustee, the court appointed Thomas Springer as a chapter 11 trustee on March 15,

2005. Shortly thereafter, the case was converted to a Chapter 7 and Springer was appointed the

Chapter 7 trustee.

5.   Because the debtor's involvement in this case was short, MR&M's services were largely

limited to consultation with the debtor, the United States Trustee and creditors of the debtor in an

attempt to complete and file a comprehensive set of schedules disclosing the state of the debtor's

financial affairs. MR&M did not oppose the motion to appoint a Chapter 11 trustee and cooperated

with the United States Trustee in the appointment and in the provision of such information as was

requested. No compensation is sought for services to the debtor after March 15, 2005, the date the

Chapter 11 trustee was appointed.

6.   To aid the court in its review of this application and in accordance with the local rules of this

Court and the guidelines established by the United States trustee, MR&M has divided its services into

categories. Part I sets forth the categories and the services provided. Part II describes the manner in

which the fees and costs were calculated.

## I. SERVICES PERFORMED

7.   **Case Administration.** MR&M spent 21.10 hours on matters related to the filing, preparation

of schedules, and administration of the case for which it seeks compensation in the amount of

$5175.00 and expenses in the amount of $1412.80.

8.   **Creditor Meetings.**    MR&M spent 4.00 hours on matters related to the first meeting of

creditors in the Chapter 11 case for which it seeks compensation in the amount of $900.00 and

expenses in the amount of $52.20.

9.   **Employment and Fee Applications.** MR&M spent 7.50 hours on matters related to

employment and fee applications for which it seeks compensation in the amount of $1775.00 and

expenses in the amount of $45.60. Although considerably more than 2.00 hours have been spent on

the preparation of this application, MR&M has limited its request to 2.00 hours in light of the nature

and outcome of the case.

10. **Financing, cash collateral and adequate protection.**    Although services on matters

related to this category were limited, MR&M did spend 2.10 hours for which it seeks compensation

in the amount of $525.00 and no expenses.

## II. CALCULATION OF TIME AND FEES

11. This is MR&M's first and final application for compensation. It covers the period from January 26, 2005 through March 15, 2005. All professional services for which compensation is requested, and all reimbursement for expenses incurred, have been for services directly related to this case and were rendered for the debtor and the estate. No agreement or understanding exists between MR&M and any other person for the sharing of compensation received or to be received in connection with this case, other than among members of the firm.

12.    In preparing this fee application, MR&M has calculated the amount of time spent by each attorney in performing actual, necessary legal services for the estate. The information used comes from the time and billing system maintained by MR&M for each client. The hourly rates charged are the hourly rates charged by MR&M for comparable services to comparable clients. There are virtually no instances where more than one attorney billed for a particular service. In those few instances involving more than one attorney, there was a need for both attorneys' involvement.

13.    To aid the court in its review of this application, MR&M has attached its time and billing records as Exhibit A, separated into the categories described above. The hourly rates charged by each of the attorneys are summarized at the end of each section along with the expenses incurred in connection with the services provided in the particular category. Also included is an overall summary of the charges. In general, attorneys time has been charged at $250 per hour except for travel time which has been charged at $150 per hour.

14.    The total amount of fees and expenses incurred during the applicable period is $9885.60. Subtracting the $3000.00 previously received, leaves $6885.60.

WHEREFORE, MR&M respectfully requests that the court enter the attached proposed order—

A.    awarding MR&M's reasonable compensation in the amount of $8375.00 for actual,

necessary legal services provided during the period;

B.    allowing MR&M's reimbursement of actual, necessary expenses of $1510.60 incurred

during the period;

C.    authorizing MR&M to apply the retainer of $3000 to its fees and expenses and

authorizing the Chapter 7 trustee to remit the balance to MR&M as an administrative expense of the

Chapter 11 case if and to the extent funds are available;

C.    granting such further relief as the Court deems equitable and just.

creditors.

/s/ G. Alexander McTavish

G. Alexander McTavish
Attorney No. 1871013
Myler, Ruddy & McTavish
105 E. Galena Blvd, Suite 800
Aurora, Illinois  60505
630/897-8475
630/897-8076 Fax

Myler, Ruddy & McTavish
105 East Galena Blvd.
8th Floor
Aurora, IL 60505


Invoice submitted to:
Frank Devine
20 Century Dr.
Oswego IL 60543-8930


July 23, 2010

In Reference To:   Chapter 11 - Case Administration

Invoice #17769


### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/26/2005 | GAM | Conference with P. Ruddy and client re threatened action by fellow members of companies in the MRI business and possibility of Chapter 11 | 1.00 | 250.00 |
| | PCR | Conference with Frank Devine and GAM re bankruptcy | 1.00 | 250.00 |
| 1/27/2005 | GAM | Conference with Frank Devine (.5); prepare emergency Chapter 11 filing (1.5); prepare letter and notice of automatic stay to Hales Corner MRI, LLC, American Med Imaging Services, Inc. and Rock Springs Medical Services Inc. (.5) | 2.50 | 625.00 |
| | GAM | Phone call with Frank Devine re follow-up to filing | 0.20 | 50.00 |
| | GAM | Phone call with Frank Devine re conversation with corporate attorney for MRI companies re status of stock | 0.20 | 50.00 |
| 2/2/2005 | GAM | Telephone conference with Frank Devine re meeting of shareholders of MRI companies | 0.20 | 50.00 |
| 2/3/2005 | GAM | Telephone conference with Lipinsky's assistant re creditor omitted from schedules | 0.30 | 75.00 |
| 2/14/2005 | GAM | Letter to client re necessity of completing schedules and complying with UST Ch 11 instructions | 0.30 | 75.00 |
| 2/15/2005 | GAM | Telephone call with F Devine re completion of schedules and UST instructions | 0.40 | 100.00 |
| 2/16/2005 | GAM | Conference with Devine re completion of schedules, monthly reports and operating instructions | 1.00 | 250.00 |
| 2/17/2005 | GAM | Telephone conference with Frank Devine re insurance information on automobile | 0.20 | 50.00 |
| | GAM | Letter to UST with executed receipt and acknowledgement of operating instructions | 0.30 | 75.00 |
| 2/18/2005 | GAM | Telephone conference with Frank Devine; conference call with Vic Lombardo, FBI agent, re: names of investment creditors | 0.50 | 125.00 |
| | GAM | Review and revise schedules | 2.00 | 500.00 |
| 2/21/2005 | GAM | Telephone conference with Frank Devine re: status of schedules | 0.20 | 50.00 |
| | GAM | Continue preparation of schedules | 2.50 | 625.00 |

Frank Devine                                                                                    Page    2

| Date | | Description | Hours | Amount |
|------|---|---|---|---|
| 2/22/2005 | GAM | Telephone conference with Frank Devine re: unable to open debtor in possession account | 0.20 | 50.00 |
| 2/24/2005 | GAM | Review and revise schedules for filing | 1.00 | 250.00 |
| 2/25/2005 | GAM | Final review and revision of schedules; electronically file same | 0.80 | 200.00 |
| 3/2/2005 | RGL | Telephone conference with Gretchen Silver re: appointment of Ch. 11 trustee | 0.20 | 50.00 |
| 3/4/2005 | GAM | Telephone conference with Gretchen Silver re: motion for appointment of trustee | 0.30 | 75.00 |
| 3/7/2005 | RGL | Conference with A. McTavish, Frank Devine re: motion of U.S. Trustee on Ch. 11 trustee | 1.00 | 250.00 |
| | GAM | Conference with Frank Devine and R. Larsen re: U.S. Trustee's motion for appointment of trustee (1.0); phone call with Vic Lombardo at FBI re appointment of trustee in bankruptcy case (.6); phone call with Brandon Fox at U.S. Attorney's Office re appointment of trustee in bankruptcy case and turnover of assets securing debtor's bond to bankruptcy trustee (.5) | 2.10 | 525.00 |
| 3/8/2005 | RGL | Travel to Chicago on motion of trustee to appoint Ch. 11 trustee | 1.00 | 250.00 |
| | RGL | Telephone conference with John Lipinsky, creditor's attorney, re: today's motion | 0.20 | 50.00 |
| | RGL | Travel to Chicago -- travel time | 1.00 | 150.00 |
| 3/14/2005 | RGL | Telephone conference with client re status | 0.20 | 50.00 |
| 3/15/2005 | GAM | Letter to Devine re entry of order and requirements after appointment of trustee | 0.30 | 75.00 |
| | | For professional services rendered | 21.10 | $5,175.00 |

Additional Charges :

| Date | Description | Amount |
|------|---|---|
| 1/27/2005 | Fax transmission expense @ $.10 per page | 1.00 |
| 2/7/2005 | Photocopies @ $.10 per page | 23.80 |
| | Postage | 10.20 |
| 2/28/2005 | Filing fee | 839.00 |
| 3/8/2005 | Travel to Chicago | 38.80 |
| 3/15/2005 | Miscellaneous expense -- US Trustee's fees (1st qtr 2005) | 500.00 |
| | Total additional charges | $1,412.80 |

Total amount of this bill                                                        $6,587.80

Balance due                                                                      $6,587.80

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Alexander McTavish | 16.50 | 250.00 | $4,125.00 |
| Philip C. Ruddy | 1.00 | 250.00 | $250.00 |
| Richard G. Larsen | 2.60 | 250.00 | $650.00 |

Frank Devine                                                                     Page    3

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Richard G. Larsen | 1.00 | 150.00 | $150.00 |

Frank Devine                                                                 Page    4

In Reference To:    Chapter 11 - Creditor meetings
Invoice #17761

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/28/2005 | GAM | Organize and prepare for first meeting | 1.00 | 250.00 |
| 3/1/2005 | RGL | Attend first meeting of creditors in Chicago | 1.50 | 375.00 |
| | RGL | Travel to Chicago - travel time | 1.00 | 150.00 |
| | RGL | Telephone conference with John Lipinsky re: first meeting today | 0.20 | 50.00 |
| 3/2/2005 | RGL | Telephone conference with debtor re first meeting/trustee's intention to appoint trustee | 0.30 | 75.00 |
| | | For professional services rendered | 4.00 | $900.00 |

### Additional Charges :

| | | Amount |
|---|---|---|
| 3/1/2005 | Travel to Chicago | 52.20 |
| | Total additional charges | $52.20 |
| | Total amount of this bill | $952.20 |
| | Balance due | $952.20 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| G. Alexander McTavish | 1.00 | 250.00 | $250.00 |
| Richard G. Larsen | 2.00 | 250.00 | $500.00 |
| Richard G. Larsen | 1.00 | 150.00 | $150.00 |

Frank Devine                                                                          Page    5

In Reference To:    Chapter 11 - Employment and fee applications
Invoice #17762

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/7/2005 | GAM | Final draft of motion to employ attorneys (.4); draft affidavit in support (.4); prepare service lists, notice of motion and proposed order; file electronically and serve (.7) | 1.50 | 375.00 |
| 2/15/2005 | RGL | In Chicago for hearing on motion to employ attorneys | 3.00 | 750.00 |
|  | RGL | Travel to Chicago - travel time | 1.00 | 150.00 |
| 7/20/2010 | GAM | Preparation and filing of final fee application | 2.00 | 500.00 |
|  |  | For professional services rendered | 7.50 | $1,775.00 |

### Additional Charges :

| | | Amount |
|---|---|---:|
| 2/15/2005 | Travel to Chicago | 45.60 |
|  | Total additional charges | $45.60 |

Total amount of this bill                                                            $1,820.60

Balance due                                                                          $1,820.60

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| G. Alexander McTavish | 3.50 | 250.00 | $875.00 |
| Richard G. Larsen | 3.00 | 250.00 | $750.00 |
| Richard G. Larsen | 1.00 | 150.00 | $150.00 |

Frank Devine                                                                                Page    6

In Reference To:   Chapter 11 - Financing; cash collateral and adequate protection
Invoice #17763

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/18/2005 | GAM | Letter to attorneys for Daimler Chrysler re vehicle insurance | 0.30 | 75.00 |
| 3/11/2005 | GAM | Telephone conference with Kathryn Klein - left message; email to Klein re: motion for adequate protection; request for agreed order | 0.30 | 75.00 |
| 3/14/2005 | RGL | Inter-office conference with A. McTavish re: motion of Chrysler for adequate protection | 0.20 | 50.00 |
| | RGL | Telephone conference with Alan Farnell re: Chrysler motion | 0.50 | 125.00 |
| | GAM | Called and left message for Kathryn Klein; phone call with Alan Farnell re: motion for adequate protection filed by Daimler Chrysler | 0.30 | 75.00 |
| 3/15/2005 | GAM | Review proposed agreed order providing adequate protection to Daimler Chrysler; letter to Frank Devine re: entry of order and requirements | 0.50 | 125.00 |
| | | For professional services rendered | 2.10 | $525.00 |
| | | Balance due | | $525.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| G. Alexander McTavish | 1.40 | 250.00 | $350.00 |
| Richard G. Larsen | 0.70 | 250.00 | $175.00 |

Myler, Ruddy & McTavish
105 East Galena Blvd.
8th Floor
Aurora, IL 60505

Invoice submitted to:
Frank Devine
20 Century Dr.
Oswego IL 60543-8930

July 21, 2010
      Matter Billing Summary

|  | Fees/ Costs | Service Tax/ Sales Tax/ Interest | Payments/ Credits/ Refunds | Prev. Bal/ New Chgs/ Pm/Cr/Ref/ New Bal |
|---|---|---|---|---|
| **In Reference To:** Chapter 11 - Case Administration | | | | |
| Invoice #17760 | | | | |
|  | $5,175.00 | $0.00 | $0.00 | $0.00 |
|  | $1,412.80 | $0.00 | $0.00 | $6,587.80 |
|  |  | $0.00 | $0.00 | $0.00 |
|  |  |  |  | $6,587.80 |
| **In Reference To:** Chapter 11 - Creditor meetings | | | | |
| Invoice #17761 | | | | |
|  | $900.00 | $0.00 | $0.00 | $0.00 |
|  | $52.20 | $0.00 | $0.00 | $952.20 |
|  |  | $0.00 | $0.00 | $0.00 |
|  |  |  |  | $952.20 |
| **In Reference To:** Chapter 11 - Employment and fee applications | | | | |
| Invoice #17762 | | | | |
|  | $1,775.00 | $0.00 | $0.00 | $0.00 |
|  | $45.60 | $0.00 | $0.00 | $1,820.60 |
|  |  | $0.00 | $0.00 | $0.00 |
|  |  |  |  | $1,820.60 |

Frank Devine                                                                    Page    2

| | Fees/<br>Costs | Service Tax/<br>Sales Tax/<br>Interest | Payments/<br>Credits/<br>Refunds | Prev. Bal/<br>New Chgs/<br>Pm/Cr/Ref/<br>New Bal |
|---|---|---|---|---|

In Reference To:    Chapter 11 - Financing; cash collateral and adequate protection
Invoice #17763

| | Fees/Costs | Service Tax/Sales Tax/Interest | Payments/Credits/Refunds | Prev. Bal/New Chgs/Pm/Cr/Ref/New Bal |
|---|---|---|---|---|
| | $525.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $525.00 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $525.00 |
| GRAND TOTAL | $8,375.00 | $0.00 | $0.00 | $0.00 |
| | $1,510.60 | $0.00 | $0.00 | $9,885.60 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $9,885.60 |