**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FRANK T. DEVINE, | ) | Case No. 05-02611 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

**ORDER AWARDING MYLER, RUDDY & MCTAVISH FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR**

This matter comes before the Court on the application of Myler, Ruddy & McTavish for final compensation and reimbursement of expenses as counsel for the debtor during the Chapter 11 case. Due notice of the application has been given to all interested parties. The court has reviewed the application and being otherwise advised in the premises, it is hereby—

ORDERED that the application is approved and Myler , Ruddy & McTavish is awarded final compensation in the amount of $8375.00 and reimbursement of expenses in the amount of $1510.60 for the period January 26, 2005 through March 15, 2005. After applying the $3000 retainer received by the applicant, the Chapter 7 trustee is authorized and directed to pay Myler, Ruddy & McTavish $6885.60 as an administrative expense of the chapter 11 case if and to the extent funds are available giving effect to the priorities established under the Bankruptcy Code.

Dated: **AUG 2 4 2010** , 2010

_____
Bankruptcy Judge