UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
DEVINE, FRANK T. § Case No. 05-02611 PAH
 §
        Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/07/2010 in Courtroom 644,
                      United States Courthouse
                      219 South Dearborn Street
                      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: _____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
DEVINE, FRANK T.                      §        Case No. 05-02611 PAH
                                      §
          Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 232,149.06 |
| and approved disbursements of | $ | 102,815.18 |
| leaving a balance on hand of[1] | $ | 129,333.88 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                                                        $

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: THOMAS E. SPRINGER, TRUSTEE | $ 14,857.45 | $ 1,155.80 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
|  | Other: _____ | $_____ | $_____ |
|  | Other: _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
|  | Attorney for debtor: _____ | $_____ | $_____ |
|  | Attorney for: _____ | $_____ | $_____ |
|  | Accountant for: _____ | $_____ | $_____ |
|  | Appraiser for: _____ | $_____ | $_____ |
|  | Other: Myler, Ruddy & McTavish | $   5,375.00 | $   1,510.60 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 210,511.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5B | Department of the Treasury- Internal Revenue | $   205,753.60 | $   104,029.67 |
| 11B | Illinois Department of Revenue | $   4,757.41 | $   2,405.36 |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,724,999.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Countryside Veterinary Clinic | $   2,476.02 | $   0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | First National Bank of Omaha | $ 15,409.10 | $ 0.00 |
| 4 | Harris Bank | $ 4,274.33 | $ 0.00 |
| 6 | American Express Travel Related Services Co., Inc. | $ 31,620.65 | $ 0.00 |
| 7 | American Express Centurion Bank | $ 42,783.99 | $ 0.00 |
| 8 | American Express Centurion Bank | $ 8,163.60 | $ 0.00 |
| 9 | Handler, Thayer & Duggan, LLC | $ 9,879.94 | $ 0.00 |
| 10 | Bank of America NA | $ 9,952.37 | $ 0.00 |
| 12 | DAIMLERCHRYSLER SERVICES NORTH AMERICA, L.L.C. | $ 1,796.23 | $ 0.00 |
| 13 | LaSalle St. Securities LLC | $ 422,906.47 | $ 0.00 |
| 14 | Selin, Todd R. | $ 20,000.00 | $ 0.00 |
| 15 | Kathleen A. Mueller | $ 179,000.00 | $ 0.00 |
| 16 | Ticket America Corp | $ 40,000.00 | $ 0.00 |
| 17 | First National Bank of Omaha | $ 15,409.10 | $ 0.00 |
| 18 | Vasile Panait | $ 5,000.00 | $ 0.00 |
| 19 | Jon E. Hanford | $ 48,000.00 | $ 0.00 |
| 20 | Mary Tsang (Limacher) | $ 36,000.00 | $ 0.00 |
| 21 | James D. Hanford | $ 30,000.00 | $ 0.00 |
| 22 | Jack K Schaeffer | $ 10,000.00 | $ 0.00 |
| 23 | Lynn C Robinson | $ 22,000.00 | $ 0.00 |
| 24 | Kay C Percefull as guardian for Rip Von Percefull | $ 720,328.09 | $ 0.00 |
| 25 | Mark & Mavis Brown | $ 5,000.00 | $ 0.00 |
| 26 | Rev. Margaret Batease | $ 20,000.00 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 27 | Barbara K. McCrum | $ 14,000.00 | $ 0.00 |
| 28 | Marie T. Lamont | $ 150,000.00 | $ 0.00 |
| 29 | Ken and Julie Condit | $ 68,000.00 | $ 0.00 |
| 30 | Edwin C. Sage | $ 28,000.00 | $ 0.00 |
| 31 | Thomas J. Cook | $ 80,000.00 | $ 0.00 |
| 32 | Thomas J. Cook | $ 200,000.00 | $ 0.00 |
| 33 | Pearl H. Scott | $ 15,000.00 | $ 0.00 |
| 34 | Yvonne M. Weston | $ 270,000.00 | $ 0.00 |
| 35 | Craig R. and Kathleen Eldridge | $ 55,000.00 | $ 0.00 |
| 36 | Dr. Duckett | $ 42,000.00 | $ 0.00 |
| 37 | Marcia Livingston | $ 65,000.00 | $ 0.00 |
| 38 | Jim and Kim Bixler | $ 38,000.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 95,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 39 | Ronald A. Stewart | $ 5,000.00 | $ 0.00 |
| 40 | Linda Madigan | $ 40,000.00 | $ 0.00 |
| 41 | Kaye Timmer | $ 50,000.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 77,624.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5A | Department of the Treasury-Internal Revenue | $ 76,657.40 | $ 0.00 |
| 11A | Illinois Department of Revenue | $ 967.34 | $ 0.00 |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Thomas E. Springer/s/

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 3                   Date Rcvd: Sep 22, 2010
Case: 05-02611                 Form ID: pdf006              Total Noticed: 108

The following entities were noticed by first class mail on Sep 24, 2010.
db              Frank T Devine,    20 Century Dr.,    Oswego, IL  60543-8930
aty            +Brian H Meldrum,    Jenner & Block,    One IBM Plaza,    Chicago, IL 60611-3586
aty            +G. Alexander McTavish,    Myler, Ruddy & McTavish,    105 E. Galena Blvd.,    8th Floor,
                 Aurora, IL 60505-3338
aty            +Jenner & Block,    Jenner & Block,    One Ibm Plaza 37th Fl,    Chicago, IL 60611-3586
aty            +Michele M Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
                 Suite 330,    Wheaton, IL 60187-4547
aty            +Ronald Peterson,    Jenner & Block,    353 N. Clark Street,    Chicago, IL 60654-5474
tr             +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                 Suite 330,    Wheaton, IL 60187-4547
9282128         Albert E. Heriaud,    1222 Leonard Circle,    Aurora, IL 60505
8882092        +American Express,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8882093         American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
9075791         American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
                 Malvern, PA 19355-0701
9282129         American Express Centurion Card,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
9282130         American Express Optima Platinum,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
9282131         American Express Platinum Card,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
9048500         American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,    P.O. Box 3001,
                 Malvern, PA 19355-0701
9282134         Bank of America,    C/O Penncro Associates, Inc.,    95 James Way, Suite 113,
                 Southampton, PA 18966-3847
8882095        +Bank of America NA,    POB 2278,    Norfolk, VA 23501-2278
9282135        +Bank of Omaha,    P.O. Box 2941,    Omaha, NE 68103-2941
9282136        +Barbara K. McCrum,    427 White Oak,    Roselle, IL 60172-2511
9282137        +Barry Ward,    1236 West Nelson,    Chicago, IL 60657-4214
8882096         Boca Raton Resort Club,    P.O. Box 404655,    Atlanta, GA 30384-4655
9317288        +Bruce C Scalambrino,    Scalambrino & Arnoff,    33 N LaSalle St,    Ste 1210,
                 Chicago, IL 60602-3416
9282142       ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                (address filed with court: Chrysler Financial,     P.O Box 2993,    Milwaukee, WI 53201-2993)
8882098       ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                (address filed with court: Chrysler Financial,     P.O Box 9223,    Farmington, MI 48333-9223)
8882097         Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
9282140         Charles Dimitri,    C/O Carol Exantus,    LaSalle Street Securities,    Chicago, IL 60601
9282141        +Charles Wilson,    7 South College,    Batavia, IL 60510-2727
8882099        +Countryside Veterinary Clinic,    C/O Frank R. Montgomery,    P.O. Box 69,
                 Bloomingdale, IL 60108-0069
9282144        +Craig M. Takaoka,    615 West Sycamore,    Vernon Hills, IL 60061-1085
9282145        +Craig R. and Kathleen Eldridge,    680 Prarie Avenue,    Glen Ellyn, IL 60137-4057
9397652        +DAIMLERCHRYSLER SERVICES NORTH AMERICA, L.L.C.,    c/o SHERMETA & ADAMS, P.C.,    P. O. BOX 80908,
                 ROCHESTER HILLS, MI 48308-0908
9282148        +DC Services NA, LLC,    400 Horsham Rd,    P.O. Box 600,    Horsham, PA 19044-0600
8939017        +DaimlerChrysler Service North America,    c/o Riezman Berger PC,    7700 Bonhomme,7th Fl,
                 St Louis, MO 63105-1960
9282147        +David M. Hansen,    Penn Mutual Regional Director,    1030 W. Higgins Rd., Suite 212,
                 Park Ridge, IL 60068-5700
9282150        +Donald B. Backstrom,    176 North Lambert,    Glen Ellyn, IL 60137-5383
9282152        +Dr. Donovan Parkes,    17 Deep Powder Court,    Woodstock, MD 21163-1110
9282153        +Dr. Duckett,    5339 Columbia Road, Apt. F,    Columbia, MD 21044-1571
9282151         Dr. and Mrs. Suzanne Granoff,    132 Buckingham Drive,    Aurora, IL 60506
9282154        +Ed Bonifas,    1111 Church Road,    Aurora, IL 60505-1905
9282155        +Edwin C. Sage,    10339 Deer Creek Ln,    Rochelle, IL 61068-9006
9282156        +Eileen P. Porter,    1069 Delta,    Elgin, IL 60123-6581
9282157        +Exor Capital Corp,    William Gray (Hlmsdfr),    2123 Hazelwood Drive,    Mchenry, IL 60051-2625
9282158        +Fifth Third Bank,    C/O Michael A. Angileri,    3 Golf Center, Suite 352,
                 Hoffman Estates, IL 60169-4910
8882100         First Bank Card,    Attn: Rebecca Onderstal/Collections,    P.O. Box 3331,    Omaha, NE 68103-0331
8882101         First Chicago,    C/O Genesis Financial Solutions,    P.O. Box 4865,    Beaverton, OR 97076-4865
9282160         First Chicago,    C/O Genesis Financial Solutions,    P.O. Box 4444,    Beaverton, OR 97076-4444
10555785       +First National Bank of Omaha,    1620 Dodge St,    Omaha, Nebrask 68197-0002
8949930        +First National Bank of Omaha,    POB 2951,    Omaha, Nebraska 68103-2951
8882102         GMAC,    PO Box 217060,    Auburn Hills, MI 48321
8882103        +GMAC,    PO Box 9001952,    Louisville, KY 40290-1952
9282162         GMAC,    PO Box 78369,    Phoenix, AZ 85062-8369
9282161        +Gerald Martin,    445 Old Surrey Road,    P.O. Box 184,    Hinsdale, IL 60522-0184
8882104        +Handler, Thayer & Duggan, LLC,    191 North Wacker Drive,    23rd Floor,    Chicago, IL 60606-1638
9010217        +Harris Bank,    3800 Golf Rd Suite 300,    Rolling Meadows, IL 60008-4005
8882105         Harris Bank Aurora N.A.,    2412 Indian Trail Rd.,    Aurora, IL 60506
9360809       ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                (address filed with court: Illinois Department of Revenue,     100 W Randolph St., #7-400,
                 Chicago, IL 60601)
9031519       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,     P O Box 21126,    Philadelphia, PA 19114)
9282166         Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
8882106        +Infinite Video Productions,    1880 E. Fabyan Parkway,    Batavia, IL 60510-1498
9282169         Jack K. Schaeffer,    65503 Wildwood Drive,    Aurora, IL 60506
9282170        +James D. Hanford,    4116 West Kling,    Burbank, CA 91505-3300
9282171        +James T. Bourg,    2372 Waterside Drive,    Aurora, IL 60502-1383
9282172        +Jim and Kim Bixler,    1626 Canna Lane,    San Jose, CA 95124-6555
9282173        +John J. Hanford,    20959 82nd,    Frankfort, IL 60423-9159
```

```
District/off: 0752-1          User: vrowe                 Page 2 of 3                    Date Rcvd: Sep 22, 2010
Case: 05-02611                Form ID: pdf006             Total Noticed: 108

9282174        +Jon E. Hanford,    20618 Green Meadow,    Frankfort, IL 60423-8730
9282175         Jose Gonzales,    Vegetable Warehouse,    2404 Wolcott,    Chicago, IL 60606
9282176        +Karlene Perry,    17 Deep Powder Court,    Woodstock, MD 21163-1110
9282177         Kathleen A. Mueller,    1673 Abington Ln,    North Aurora, IL 60542-1749
10575189       +Kay C Percefull as guardian for Rip Von Percefull,    Seiler, Sautter, Zaden & Rimes,
                 2850 N Andrews Ave,    Witton Manors, Florida 33311-2514
9282180         Kaye Percefull,    LaSalle Street Securities,    Chicago, IL 60601
9282181        +Ken and Julie Condit,    82 Oak Lane,    Henry, IL 61537-1208
9447082        +LaSalle St. Securities LLC,    Bruce C. Scalambrino,    Scalambrino & Arnoff,
                 33 North LaSalle St, Ste 1210,    Chicago, IL 60602-3416
10573530       +Lynn C Robinson,    1507 Shady Lane,    Schereville, IN 46375-1596
9282184        +Lynn C. Robinson,    1507 Shady Lane,    Schererville, IN 46375-1596
8882107         MBNA Platinum Plus,    PO Box 15026,    Wilmington, DE 19850-5026
9282193         MBNA Platinum Plus,    PO Box 15137,    Wilmington, DE 19886-5137
9282185        +Marcia Livingston,    3700 Marlberry Lane,    P.O. Box 246293,    Penbrooke Pines, FL 33024-0121
9282186        +Marie T. Lamont,    Park Summit Nursing Home,    8500 Royal Palm Blvd,
                 Carl Springs, FL 33065-5715
9282187         Mark & Mavis Brown,    1875 11th Court SW,    Vero Beach, FL 32962-6947
9282188        +Mark A. Hutchinson,    1580 Stonehill Court,    Wheaton, IL 60189-2726
9282189         Mark D. Fransen,    47 West 845 Timber View Dr.,    Big Rock, IL 60511
9282190        +Mary Daniels,    1460 Northwest 80 Avenue,    Apt. 208,    Margate, FL 33063-2928
9282191         Mary Limacher,    23592 Windsong Apt. 44G,    Aliso Viejo, CA 92656-2349
9282192         Mary Tsang (Limacher),    26 Buckingham Drive,    Aurora, IL 60506
9282194        +Melvin Niser,    3001 Northwest 48th Street,    #438,    Fort Lauderdale, FL 33313-7213
8882108        +Mercedes-Benz Credit,    Attn: Lisa Schlichtman Recov Dept,    P.O. Box 551080,
                 Jacksonville, FL 32255-1080
9282196        +Michael A. McArthur,    c/o Michael C Funkey, PC,    2111 Plum St, Suite 301,
                 Aurora, IL 60506-3267
8882109        +Michael C. Funkey, P.C.,    2111 Plum Street,    Suite 301,    Aurora, IL 60506-3267
9282197        +Myriam Garcia,    3365 Pine Walk Drive North,    Apt. 204,    Margate, FL 33063-7831
9282198        +Norman Wexler,    26730 Leon Drive,    Tower Lakes, IL 60010-1235
9282200        +Rev. Margaret Batease,    19 R. Morton Lane,    Asheville, NC 28806-7400
9282201         Richard A. Blake,    12617 Lawn View Drive West,    Jacksonville, FL 32223
9282202        +Robert J. Helmsdorfer,    623 East Elm,    Wheaton, IL 60189-6567
9282203        +Robert S. Karwatka,    1044 South 100,    Kouts, IN 46347-9711
9282204        +Rogelio Pina,    1933 South Norfolk,    Westchester, IL 60154-4433
9282205        +Ronald A. Stewart,    314 Downer Place,    Aurora, IL 60505-3476
9282206        +Ronald Wheaton,    6807 Reservation Road,    Yorkville, IL 60560-9236
9282207        +Russell Baker,    3284 Rock Creek Road,    Plano, IL 60545-1283
9282208        +Sean D. Oja,    5302 Maple Glen,    Plainfield, IL 60586-6618
9775807        +Selin, Todd R.,    39W988 Margaret Mitchell,    St. Charles, IL 60175-7754
9282209         Solomon Goldenberg,    15011 Featherstone Way,    Davie, FL 33331-2939
9282210        +Steven Hanke,    3907 Lorien Way,    Kennesaw, GA 30152-7316
9282211         Thomas J. Cook,    4485 Route 7,    Oswego, IL 60543
9282212        +Ticket America Corp,    Attn: Mark Kuta,    223 East Ogden Ave., #B,    Naperville, IL 60563-3156
9282213         Tod Selin,    Oswego, IL 60543
8882110        +Vanasco Genelly, Miller,    Attn: David Genelly,    33 North LaSalle St., Suite 2200,
                 Chicago, IL 60602-2616
9282215         Vasile Panait,    18181 NE 31st Court, Apt. 807,    Aventura, FL 33160-2675
9282216         Yvonne M. Weston,    11 Foothills Drive,    Asheville, NC 28804-9699

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Myler, Ruddy & McTavish
9282133         Andrea Doeleteaux
9282146         Dave Sanborn
9282149         Denzil Parkes
9282182         Libia Alvarez
8882094*        American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
9282138*        Boca Raton Resort Club,    P.O. Box 404655,    Atlanta, GA 30384-4655
9282139*        Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
9282143*       +Countryside Veterinary Clinic,    C/O Frank R. Montgomery,    P.O. Box 69,
                 Bloomingdale, IL 60108-0069
9282159*        First Bank Card,    Attn: Rebecca Onderstal/Collections,    P.O. Box 3331,    Omaha, NE 68103-0331
9282163*       +Handler, Thayer & Duggan, LLC,    191 North Wacker Drive,    23rd Floor,    Chicago, IL 60606-1638
9282164*        Harris Bank Aurora N.A.,    2412 Indian Trail Rd.,    Aurora, IL 60506
9282165*        Harris Bank Aurora N.A.,    2412 Indian Trail Rd.,    Aurora, IL 60506
9282168*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court:  Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9282167*       +Infinite Video Productions,    1880 E. Fabyan Parkway,    Batavia, IL 60510-1498
10563221*       Jack K Schaeffer,    65503 Wildwood Dr,    Aurora, IL 60506
9282195*       +Mercedes-Benz Credit,    Attn: Lisa Schlichtman Recov Dept,    P.O. Box 551080,
                 Jacksonville, FL 32255-1080
9282214*       +Vanasco Genelly, Miller,    Attn: David Genelly,    33 North LaSalle St., Suite 2200,
                 Chicago, IL 60602-2616
```

```
District/off: 0752-1          User: vrowe              Page 3 of 3              Date Rcvd: Sep 22, 2010
Case: 05-02611                Form ID: pdf006          Total Noticed: 108

 9282132    ##+Anastasios L. Tsakiridis,   312 South Salem,    Schaumburg, IL 60193-1447
 9282178    ##+Kathy  Dixon,   160 Oak Hurst Road,    Matteson, IL 60443-1009
 9282179    ##+Kaye  Timmer,   1 Jennifer Court,    Marlboro, NJ 07746-1634
 9282183    ##+Linda Madigan,   1017 North Wheeler,    Griffith, IN 46319-1956
 9282199    ##+Pearl H. Scott,   4810 Northwest 18 Court,    Lauderhill, FL 33313-4124
10624430    ##+Thomas J. Cook,   c/o Peter N. Metrou,    346 N. Lake Street,    Aurora, Illinois 60506-4151
                                                                                TOTALS: 5, * 13, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2010**                    **Signature:**    _Joseph Speetjens_